

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-13-00937-CV

Style:          Kevin Barnard Johnson, Sr.

          **v** Melissa Ann Johnson

Date motion filed[*]:          March 27, 2014

Type of motion:          Appellant's Motion to Withdraw Appeal

Party filing motion:          Appellant

Document to be filed:

Is appeal accelerated?          No

Ordered that motion is:

☐          Granted

          If document is to be filed, document due:

          ☐          The Court will not grant additional motions to extend time

☑          Denied

☐          Dismissed (*e.g.*, want of jurisdiction, moot)

**Appellant's motion includes neither a certificate of conference nor a certificate of service indicating that it was served on Elizabeth Phillips, counsel for appellee, Melissa Ann Johnson. *See* TEX. R. APP. P. 9.5(a), (d), (e)(2), (3), 10.1(a)(5). Accordingly, the motion is denied. Nevertheless, the Court will consider any future motion to dismiss filed in compliance with the rules. Further, the time for filing the appellant's brief has expired. Unless appellant files his brief within ten days of the date of this order, we may dismiss this appeal. *See* TEX. R. APP. P. 38.8, 42.3(b).**

Judge's signature: /s/ Chief Justice Sherry Radack
                    ☒ Acting individually          ☐ Acting for the Court
Panel consists of _____

Date:  April 17, 2014

November 7, 2008 Revision